# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMIREL GAFAR,<br><br>      Petitioner,<br><br>      vs.<br><br>CHOATE, Warden,<br><br>      Respondent. | Case No. EDCV 09-2087-AHM (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: October 25, 2010

_A. Howard Matz_
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE